DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONY LEWIS,**
Appellant,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY,**
Appellee.

No. 4D18-2390

[November 27, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502017CA009472XXXXMB.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Sean Fahey, Office of General Counsel, The School Board of Palm Beach County, Florida, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY, J., and PHILLIPS, CAROL-LISA, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***